IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

LORENZO HARRIS,                         )
       Petitioner,                    )
                        )
           v.                         )   Civil Action No. 07-565
                        )
EDWARD J. KLEM,  et al.,                )
       Respondents.                   )

O  R  D  E  R

AND NOW, this 29th day of August, 2007, after a petition for a writ of habeas

corpus was filed by the petitioner, Lorenzo Harris, and after the Report and

Recommendation of the United States Magistrate Judge was issued, and the petitioner

was granted thirteen days after being served with a copy to file written objections

thereto, and upon consideration of the objections filed by the petitioner, and after

independent review of the petition and the record, and upon consideration of the Report

and Recommendation of the Magistrate Judge, which is adopted and incorporated as

the opinion of this Court,

IT IS ORDERED that the petition of Lorenzo Harris for a writ of habeas corpus

is dismissed, and that a certificate of appealability is denied for lack of a viable federal

constitutional claim upon which a reasonable jurist could conclude that a basis for

appeal exists.

IT IS FURTHER ORDERED  that pursuant to Rule 4(a)(1) of the F.R.App.P., if

the petitioner desires to appeal from this Order, he must do so within thirty (30) days by

filing a notice of appeal as provided by Rule 3 F.R.App.P.

**SO ORDERED.**

s/Arthur J. Schwab
Arthur J. Schwab
United States District Judge